IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-073 |
| | ) | |
| ACHHINDER OHRI and | ) | |
| NEETA OHRI | ) | |

**O R D E R**

On August 4, 2015, Defendants Achhinder K. Ohri and Neeta Ohri each posted the sum of $25,000 as bond in the above matter. Said bond money, designated as Registry funds, was then deposited in an interest bearing account.

On January 6, 2016, Defendants were each sentenced to 3 years probation, a $10,000 fine, and a $100 special assessment. Defendants are now requesting that their fines and special assessments be paid from the previously posted bonds and the balance returned to them.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk shall apply the sum of $10,000 toward each Defendant's fine amount and the sum of $100 toward each Defendant's special assessment. The balance of Defendant Achhinder K. Ohri's bond plus all accrued interest thereon, is to be returned to Dr. Ohri at 4423 Peregrine Place, Martinez, Georgia 30907. The

balance of Defendant Neeta Ohri's bond plus all accrued interest thereon, is to be returned to Ms. Ohri at 4423 Peregrine Place, Martinez, Georgia 30907.

**ORDER ENTERED** at Augusta, Georgia this 6th day of January, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA